# United States Court of Appeals
# for the Fifth Circuit

———————

No. 23-30054
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
June 19, 2023

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff - Appellee*,

*versus*

DWAN M. DELAVALLADE,

*Defendant - Appellant*.

———————————————————————

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:15-CR-83-21

———————————————————————

Before STEWART, DUNCAN, and WILSON, *Circuit Judges*.

PER CURIAM: *

IT IS ORDERED that Appellee's unopposed motion to vacate the supervised release revocation judgment, below with an instruction to resentence Appellant as a Grade C violator, is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed motion to remand the case to the district court is GRANTED.

_____

* This opinion is not designation for publication. *See* 5TH CIR. R. 47.5.

No. 23-60240

IT IS FURTHER ORDERED that Appellee's unopposed motion to suspend the briefing notice is GRANTED.